**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATIONWIDE JUDGMENT
RECOVERY, INC.,

       Plaintiff,

v.                                        Case No:   6:21-mc-117-RBD-LHP

NOD EXAVIER,

       Defendant

---

**ORDER**

On August 14, 2017, a final judgment was entered in the United States District Court for the Western District of North Carolina in favor of Kenneth D. Bell, in his capacity as court-appointed receiver for Rex Venture Group, LLC, d/b/a ZeekRewards.com ("Bell"), and against several individual class members, including Defendant Nod Exavier. Doc. No. 1-1. On September 20, 2021, Matthew E. Orso ("Orso"), as successor receiver to Bell, registered a certified copy of that foreign judgment with this Court. Doc. Nos. 1, 1-1. Nationwide Judgment Recovery, Inc. ("Nationwide") has since been substituted as the party-Plaintiff. Doc. No. 9.

Nationwide now seeks writs of garnishment to be issued against garnishees, JPMorgan Chase Bank, N.A., Wells Fargo Bank, N.A., Space Coast Credit Union, and Launch Credit Union. Doc. Nos. 10–13. Nationwide has included proposed writs with the motions. Doc. Nos. 10-1, 11-1, 12-1, 13-1. Upon review, Nationwide's motions (Doc. Nos. 10–13) are **GRANTED**, and the **Clerk of Court** is **DIRECTED** to issue the proposed writs (Doc. Nos. 10-1, 11-1, 12-1, 13-1).

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2022.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties